Florence B. Schwaman, Appellant, v. Edgar I. Truax and Bertha E. De Land, Respondents, Impleaded with James B. De Land, Her Husband, and Others.— Judgment unanimously affirmed, with costs. No opinion.

Edward J. Shannahan, as Administrator, etc., of Morris C. Shannahan, Deceased, Appellant, v. Empire Engineering Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

George R. Shaw, Respondent, v. James Chappell, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

John B. Spotten, Respondent, v. William W. De Freest, Impleaded with Robert E. Stover, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Howard M. Stanton, Respondent, v. John Glavin and James E. Glavin, Comprising the Copartnership Firm of John Glavin & Son, Appellants.— Interlocutory judgment affirmed, with costs, with usual leave to defendants to withdraw demurrer and answer on payment of costs of demurrer in this court and at Special Term. No opinion. All concurred. Chester, J., not sitting.

Sanford H. Warfield, as Administrator, etc., of Henry Eugene Warfield, Deceased, Appellant, v. Smith Schuyler, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Waterford Electric Light, Heat and Power Company, Appellant, v. Kate E. Reed and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Frank M. Zorn, Respondent, v. Ithaca Electric Light and Power Company, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to withdraw demurrer and plead upon payment of costs in this court and at Special Term. No opinion. All concurred.

Nina L. Couse, Administratrix, etc., of Scott P. Couse, Deceased, Respondent, v. The Delaware and Hudson Company, Appellant.— Motion denied.

Chauncey A. Frees v. Sol Bernstein.— Motion granted and appeal dismissed, with ten dollars costs of this motion to respondent, unless the appellant, within twenty days from the date of service of copy of this order, together with the notice of entry thereof, pays to the respondent ten dollars costs of the motion and ten dollars for opening default, and serves printed papers, in which event this motion is denied, without costs.

Christopher A. Holmes, an Infant, by George H. Holmes, his Guardian ad Litem, Plaintiff, v. The Delaware and Hudson Company, Defendant.— Motion denied.

In the Matter of the Judicial Settlement of the Accounts of Sarah J. Rossell, as Executrix of the Will of Elizabeth Gamble, Deceased, by Isaac S. Rossell and James Young, Executors, etc., of Sarah J. Rossell, Deceased.— Motion denied, with ten dollars costs.

Dennis McCarthy, Respondent, v. Spencer Trask, Appellant.— Motion denied.

Leonard Sheldon, Jr., Appellant, v. Benjamin Sheldon and Another, as Executors, etc., of Leonard Sheldon, Deceased, Respondents.— Motion denied.

Grace M. Lake, Respondent, v. L. Frank Lake, Appellant.— Motion granted and question certified as follows: Did the Special Term have power to award the plaintiff any sum as counsel fee in the order made?